UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WESTLAKE LEGAL GROUP, PLLC )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>MINNESOTA LAWYERS MUTUAL )<br>INSURANCE COMPANY )<br>)<br>Defendant/Counter-Plaintiff. ) | NO.: 1:18-cv-952 AJT/IDD |

STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of Minnesota Lawyers Mutual Insurance Company's counterclaim against Westlake Legal Group, PLLC, in the above-referenced action, with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: March 15, 2019

Respectfully submitted,

By Counsel

MINNESOTA LAWYERS MUTUAL
INSURANCE COMPANY

      /s/ Danny M. Howell
Danny M. Howell (VSB No. 30352)
danny@dmhowelllaw.com
B. Gerard Cordelli (VSB No. 35123)
jerry@dmhowelllaw.com
Robert Jackson Martin, IV (VSB No. 80655)
jackson@dmhowelllaw.com
Jennifer L. Rowlett (VSB No. 81373)
jennifer@dmhowelllaw.com
Law Offices of Danny M. Howell, PLLC
200 Little Falls Road
Suite 207
Falls Church, Virginia 22046
Phone: (703) 556-8900

So ordered 3/20/19

/s/
Anthony J. Trenga
United States District Judge

1

Fax: (703) 237-1224
*Counsel for Minnesota Lawyers Mutual Insurance Company*

HUNTON ANDREWS KURTH LLP

/s/ Walter J. Andrews
Walter J. Andrews (VSB No. 46031)
wanders@huntonak.com
Patrick M. McDermott (VSB No. 80677)
pmcdermott@huntonak.com
2200 Pennsylvania Avenue, NW
Washington, DC 20037
T: 202-955-1500
F: 202-862-3840
*Counsel for Westlake Legal Group, PLLC*

WESTLAKE LEGAL GROUP, PLLC

/s/ Thomas K. Plofchan, Jr.
Thomas K. Plofchan, Jr. (VSB No. 34536)
46175 Westlake Drive, Suite 320
Potomac Falls, VA 20165
T: 703-406-7616
F: 703-444-9498
E: tplofchan@westlakelegal.com
*Counsel for Westlake Legal Group, PLLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, March 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to all Counsel of Record.

/s/ Danny M. Howell

2